THOMAS KAHLOW,

      Petitioner,

v.

FLORIDA PAROLE
COMMISSION,

      Respondent.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2340

Opinion filed July 9, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Thomas Kahlow, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Parole Commission, Tallahassee, for
Respondent.

PER CURIAM.

      DISMISSED.  See Fla. R. App. P. 9.100(c)(1); Donaldson v. State, 136 So. 3d

1281, 1282 (Fla. 2d DCA 2014); Fla. R. App. P. 9.330(a).

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.